JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DENLY INVESTMENT AND MANAGEMENT COMPANY, INC., a California corporation; SAINT LUKES PASADENA, LLC, a California limited liability company.<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN WORLD INSURANCE COMPANY, an unknown entity; AMERICAN INTERNATIONAL GROUP, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-06658-SVW-PVC<br>Hon. Stephen V. Wilson<br>Courtroom 10A<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Action Filed:   June 4, 2024<br>Trial Date:      April 29, 2025 |

Pursuant to the Stipulation for Dismissal of Action with Prejudice ("Stipulation") filed by Plaintiffs Denley Investment & Management Company, Inc. and Saint Lukes Pasadena, LLC (collectively "Plaintiffs") and Defendant Western World Insurance Company ("Western World") (collectively "Parties"), the Court hereby finds as follows:

/ / /

/ / /

## RECITALS

1. On August 27, 2024, Plaintiffs filed their First Amended Complaint for Damages for: 1. Breach of Contract; and 2. Breach of Covenant of Good Faith and Fair Dealing" [Doc. 9] ("First Amended Complaint").

2. On September 10, 2024, Western World filed its Answer to Plaintiffs' First Amended Complaint [Doc. 14].

3. Plaintiffs have agreed to voluntarily dismiss this action with prejudice, each side to bear their own fees and costs.

## ORDER

Based upon the above Recitals and the Stipulation, the Court hereby dismisses this action with prejudice with each side to bear their own fees and costs in connection with this action.

IT IS SO ORDERED.

DATED: April 16, 2025

_____
Hon. Stephen V. Wilson